1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  ELIZABETH S. SALVESON, State Bar #83788
   Chief Labor Attorney
3  ANDREW GSCHWIND, State Bar #231700
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, Fifth Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3973
6  Facsimile:    (415) 554-4248
   E-Mail:       andrew.gschwind@sfgov.org
7
   Attorneys for Defendant
8  CITY AND COUNTY OF SAN FRANCISCO

9  Mary Shea Hagebols (State Bar No. 113222)
   SHEA LAW OFFICES
10 1814 Franklin Street, Suite 800
   Oakland, CA  94612
11 Tel: (510) 208-4422
   Fax: (415) 520-9407
12 Email: shealaw@aol.com

13 Markus B. Willoughby
   WILLOUGHBY LAW FIRM
14 1814 Franklin Street, Suite 800
   Oakland, CA  94612
15 Tel: (510) 451-2777
   Fax: (510) 842-1496
16 Email: markus@willoughbyfirm.com

17 Attorneys for Plaintiff KIMBERLY TUYAY

18

19             THE UNITED STATES DISTRICT COURT FOR

20             THE NORTHERN DISTRICT OF CALIFORNIA

21 KIMBERLEY TUYAY,                        Case No. C 14-01981 NC

22        Plaintiff,
                                           **STIPULATION& [~~PROPOSED~~] ORDER
23        vs.                              CONTINUING CASE MANAGEMENT
                                           CONFERENCE**
24

25 CITY AND COUNTY OF SAN
   FRANCISCO, DEPARTMENT OF
26 EMERGENCY MANAGEMENT, EVORA
   HEARD, MIMI ALEMU, and DOES 1-20,
27
          Defendant(s).
28

1  Plaintiff Kimberley Tuyay and Defendant City & County of San Francisco, by and through

2  their respective counsel, respectfully stipulate and request that the Further Case Management

3  Conference, currently scheduled for October 22, 2014, be continued to November 5, 2014, or

4  another date convenient to the Court seven days or more days after October 22nd.

5  Due to schedule of the parties and counsel, this case is scheduled for mediation on October

6  23, 2014.  The parties believe that the next Case Management Conference should be scheduled after

7  the upcoming mediation, as this action may either settle, or, alternatively, if it does not, the parties

8  may have a better understanding of the additional discovery needed in this case.  Defendant has

9  taken one day of Plaintiff's deposition, subpoenaed Plaintiff's medical records, and received

10  documents in response to document requests.

11  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

12

13  DATED: _____    _/s./ Mary Shea Hagebols & Markus B. Willoughby
14                                             Attorneys for Plaintiff

15

16  DATED: _____    __/s./ Andrew Gschwind_____
17                                             Attorneys for Defendant

18

19  PURSUANT TO STIPULATION, the Court Hereby ORDERS that the Further Case Management

20  Conference, currently scheduled for October 22, 2014, is hereby continued to _November 19__,

21  2014 at 10:00a.m./p.m. in Courtroom A, 15th Floor, San Francisco. Joint case management statement due

22  November 12, 2014.

23  DATED: ____October 17, 2014_____    _____
24                                             United States Magistrate Judge

25

26

27

28

GRANTED

Judge Nathanael M. Cousins

2