Mary J. Shea (SBN 113222)
SHEA LAW OFFICES
1814 Franklin Street, Suite 800
Oakland, CA 94612
Tel: 510-208-4422
Mobile: 510-910-7858
Email: mary@shealaw.com

Markus B. Willoughby (SBN 197478)
WILLOUGHBY LAW FIRM
1814 Franklin Street, Suite 800
Oakland, CA 94612
Tel: (510) 451-2777
Email: markus@willoughbyfirm.com

Attorneys for Plaintiff  Kim Tuyay

DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH S. SALVESON, State Bar #83788
Chief Labor Attorney
ANDREW GSCHWIND, State Bar #231700
Deputy City Attorney
Fox Plaza
1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
Tel: (415) 554-3973
e-mail: andrew.gschwind@sfgov.org

Attorneys for Defendant City & County of San Francisco

UNITED STATED DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KIMBERLEY TUYAY, | Case No. C-14-01981 NC |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ~~PROPOSED~~ ORDER RE DISMISSAL WITH PREJUDICE |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Defendant, | |

STIPULATION AND ~~PROPOSED~~ ORDER RE DISMISSAL WITH PREJUDICE
Case No. 14-1981 NC           Page No. 1

Plaintiff KIMBERLEY TUYAY ("Plaintiff") and Defendant CITY AND COUNTY OF SAN FRANCISCO ("Defendant") hereby stipulate as follows:

WHEREAS, Plaintiff and Defendant have settled this action;

NOW THEREFORE, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), Plaintiff and Defendant stipulate to hereby dismiss this Action, in its entirety, with prejudice.

**IT IS SO STIPULATED:**

DATED: June 30, 2015       SHEA LAW OFFICES

By:  /s/ Mary J. Shea
Mary J. Shea (formerly Mary Shea Hagebols)

DATED: June 30, 2015       WILLOUGHBY LAW FIRM

By:  /s/ Markus B. Willoughby
Markus B. Willoughby

Attorneys for Plaintiff

Dated: June 30, 2015       DENNIS J. HERRERA
City Attorney
ELIZABETH SALVESON
Chief Labor Attorney
ANDREW GSCHWIND
Deputy City Attorney

By: /s./ Andrew Gschwind
ANDREW GSCHWIND

Attorneys for Defendants

# ORDER

The foregoing stipulation shall be the Order to this Court. This matter is hereby dismissed with prejudice.

**IT IS SO ORDERED**

Dated: 6/30/15 _____

Nathanael Cousins

United States District Court Magistrate Judge

